IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| DINAR CORP., INC., and HUSAM TAYEH, | ) ) ) | |
|     Plaintiffs, | ) ) | |
| vs. | ) ) | Civil Action No.:  1:14-CV-0714 |
| STERLING CURRENCY GROUP, LLC, dba DINAR BANKER; TYSON RHAME; FRANK BELL; JORDAN DOE; MATTHEW ADAMS; MARK DILEO; JOHN DOE. | ) ) ) ) ) ) | |
|     Defendants. | ) | |

## NOTICE OF SUBSTITUTION OF COUNSEL

COMES NOW Alycen A. Moss of Cozen O'Connor and hereby enters her appearance as counsel of record for Plaintiffs Dinar Corp., Inc. and Husam Tayeh in substitution of Blair Chintella, Attorney at Law.  The substitution of counsel is done with the consent of Plaintiffs.  The Clerk and counsel are requested to direct all future notices and pleadings to the undersigned at the address set out below:

Alycen A. Moss
Cozen O'Connor
303 Peachtree Street, N.E.
Suite 2200 SunTrust Plaza
Atlanta, GA  30308
Telephone: (404) 572-2052
Facsimile: (877) 728-1396
Email: amoss@cozen.com

Daniel Warner of Kelly / Warner, PLLC will remain co-counsel for

Plaintiffs as well.  He will be applying for admission *pro hac vice*.

This 13th day of March, 2014.

/s/ Alycen A. Moss
Alycen A. Moss
Georgia Bar No. 002598
Cozen O'Connor
303 Peachtree Street, N.E., Ste. 2200
Atlanta, GA  30308
Phone:     (404) 572-2052
Facsimile: (877) 728-1396
Email: amoss@cozen.com

and

Daniel R. Warner
Kelly / Warner, PLLC
8283 N. Hayden Road, Ste. 229
Scottsdale, AZ  85258
Phone:     (480) 331-9397
Facsimile: (866) 961-4984
dan@kellywarnerlaw.com

*Attorneys for Plaintiffs Dinar Corp., Inc. and Husam Tayeh*

LEGAL\18459628\1

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DINAR CORP., INC., and HUSAM TAYEH,<br><br>    Plaintiffs,<br><br>vs.<br><br>STERLING CURRENCY GROUP, LLC, dba DINAR BANKER; TYSON RHAME; FRANK BELL; JORDAN DOE; MATTHEW ADAMS; MARK DILEO; JOHN DOE.<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Civil Action No.: 1:14-CV-0714 |

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 13, 2014, I electronically filed the above and foregoing **Notice of Substitution of Counsel** with the Clerk of Court using the CM/ECF system which will automatically send e-mail notifications of such filing to the following attorneys of record:

Blair Chintella, Esq.
2483 Shoals Terrace
Decatur, GA  30034
Phone:  (404) 931-2090
bchintell@gmail.com

/s/ Alycen A. Moss
Alycen A. Moss