IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DINAR CORP, INC., a Nevada corporation; and HUSAM TAYEH, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>STERLING CURRENCY GROUP, LLC, dba DINAR BANKER; TYSON RHAME; FRANK BELL; JORDAN BLISS; MATTHEW ADAMS; and MARK DILEO,<br><br>Defendants. | No. 1:14-cv-00714-AT |

**MOTION FOR EXPEDITED PRELIMINARY INJUNCTION HEARING
AND SUPPORTING MEMORANDUM**

Plaintiffs' Dinar Corp, Inc. ("DCI") and Husam Tayeh ("Sam") (collectively "Plaintiffs"), by and through counsel, respectfully request that the Court enter an order setting an expedited status conference for the purpose of scheduling an expedited evidentiary hearing on Plaintiffs' Motion for Preliminary Injunction.

This Motion is supported by the following Memorandum of Law and all pleadings and documents on file with the Court, which are all hereby incorporated by reference.

## MEMORANDUM OF LAW

The points and authorities set forth in Plaintiffs' Motion for Preliminary Injunction are hereby incorporated by reference and demonstrate that good cause exists to schedule an expedited evidentiary hearing.

Accordingly, Plaintiffs respectfully request that the Court enter an order setting an expedited status conference for the purpose of scheduling an expedited evidentiary hearing on Plaintiffs' Motion for Preliminary Injunction, and granting such other and further relief as the Court finds reasonable and necessary.

Respectfully submitted this 25th day of November, 2014.

| | |
|---|---|
| /s/Daniel R. Warner | /s/ Alycen A. Moss |
| Daniel R. Warner | Alycen A. Moss |
| Kelly / Warner, PLLC | Georgia Bar No. 002598 |
| 8283 N. Hayden Road, Ste. 229 | Cozen O'Connor |
| Scottsdale, AZ  85258 | 303 Peachtree Street, N.E., Ste. 2200 |
| Phone: (480) 331-9397 | Atlanta, GA  30308 |
| Facsimile: (866) 961-4984 | Phone: (404) 572-2052 |
| dan@kellywarnerlaw.com | Facsimile: (877) 728-1396 |
| | Email: amoss@cozen.com |

and

*for Plaintiffs Dinar Corp., Inc. and Husam Tayeh*

CERTIFICATE OF SERVICE

I hereby certify that the foregoing pleading, on the date stated below, was filed with the Clerk of the Court using the CM/ECF system, which automatically and contemporaneously sends electronic notification and a service copy of such filing to the following counsel of record:

>David M. Lilenfeld
>Robin L. Gentry
>2970 Peachtree Road, NW, Suite 530
>Atlanta, Georgia 30305
>david@lilenfeldpc.com
>robin@lilenfeldpc.com

Dated: November 25, 2014

>/s/Daniel R. Warner
>Attorney for Plaintiffs