IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DINAR CORP, INC., a Nevada corporation; and HUSAM TAYEH, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>STERLING CURRENCY GROUP, LLC, dba DINAR BANKER; TYSON RHAME; FRANK BELL; JORDAN BLISS; MATTHEW ADAMS; and MARK DILEO,<br><br>Defendants. | No. 1:14-cv-00714-AT |

**NOTICE OF PLAINTIFFS' PRESENTMENT OF
MOTION TO FILE DOCUMENTS UNDER SEAL
<u>DIRECTLY TO CHAMBERS</u>**

Notice is hereby given, pursuant to Section III.A. of this Court's Administrative Procedures for E-Filing and Section II.e of Judge Totenberg's Guidelines, that Dinar Corp, Inc. and Husam Tayeh (collectively "Plaintiffs"), by and through counsel, have presented Plaintiffs' Motion to File Document Under Seal directly to the Honorable Amy Totenberg via overnight mail this 25th day of November, 2014.

/ / /

/ / /

Respectfully submitted this 25th day of November, 2014.

/s/Daniel R. Warner
Daniel R. Warner
Kelly / Warner, PLLC
8283 N. Hayden Road, Ste. 229
Scottsdale, AZ  85258
Phone:     (480) 331-9397
Facsimile: (866) 961-4984
dan@kellywarnerlaw.com

and

/s/ Alycen A. Moss
Alycen A. Moss
Georgia Bar No. 002598
Cozen O'Connor
303 Peachtree Street, N.E., Ste. 2200
Atlanta, GA  30308
Phone:     (404) 572-2052
Facsimile: (877) 728-1396
Email: amoss@cozen.com

*Attorneys for Plaintiffs Dinar Corp., Inc. and Husam Tayeh*

CERTIFICATE OF SERVICE

I hereby certify that the foregoing pleading, on the date stated below, was filed with the Clerk of the Court using the CM/ECF system, which automatically and contemporaneously sends electronic notification and a service copy of such filing to the following counsel of record:

>David M. Lilenfeld
>Robin L. Gentry
> 2970 Peachtree Road, NW, Suite 530
>Atlanta, Georgia 30305
>david@lilenfeldpc.com
>robin@lilenfeldpc.com

Dated: November _____, 2014

>/s/Daniel R. Warner
>Attorney for Plaintiffs