IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| DINAR CORP., INC. a Nevada corporation and HUSAM TAYEH, an individual, | : : : : | |
| Plaintiffs, | : : | |
| v. | : : | |
| STERLING CURRENCY GROUP, LLC, d/b/a DINAR BANKER; TYSON RHAME; FRANK BELL; JORDAN DOE; MATTHEW ADAMS; MARK DILEO; and JOHN DOE, | : : : : : : | CIVIL ACTION NO. 1:14-CV-0714-AT |
| Defendants. | : : | |

## **ORDER**

Defendants' Motion for Extension of Time to File Opposition to Plaintiff's Motion for Preliminary Injunction [Doc. 38] is **GRANTED**. Defendants shall have until December 24, 2014 to file their opposition to Plaintiff's Motion for Preliminary Injunction. However, it appears that some of the conduct Plaintiff seeks to enjoin is conduct Defendants may not be engaging in or may have already ceased or is prepared to cease. Thus, to narrow the issues before the Court, Defendants are **DIRECTED** to file by Tuesday, December 16, 2014, a notice with the Court identifying what items, of those listed in the Plaintiff's proposed Order Granting Motion for Preliminary Injunction (Doc. 35-7), Defendants will agree not to perform during the pendency of this lawsuit.

Defendants shall identify these items by number and include in their notice the precise language from Plaintiff's proposed Order.

**IT IS SO ORDERED** this 10th day of December, 2014.

_____
**Amy Totenberg**
**United States District Judge**