IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| DINAR CORP., INC. a Nevada corporation and HUSAM TAYEH, an individual, | : : : : | |
| Plaintiffs, | : : | |
| v. | : : | |
| STERLING CURRENCY GROUP, LLC, d/b/a DINAR BANKER; TYSON RHAME; FRANK BELL; JORDAN DOE; MATTHEW ADAMS; MARK DILEO; and JOHN DOE, | : : : : : : : | CIVIL ACTION NO. 1:14-CV-0714-AT |
| Defendants. | : | |

## **ORDER**

This matter is before the Court on Plaintiffs' Motion to File Documents Under Seal. Plaintiffs filed this motion "to err on the side of caution" even though they do not believe that the subject documents — two exhibits to Plaintiffs' Motion for Preliminary Injunction — should be filed under seal.[1] According to Defendants, Exhibits 22 and 23 to Plaintiffs' Motion for Preliminary Injunction "contain sensitive competitor analyses" and thus should be filed under seal. The Court has reviewed these two documents and finds no basis to seal

---

[1] Plaintiffs initially identified 19 exhibits to their Motion for Preliminary Injunction which were previously designated as "Confidential." Defendants have agreed to "de-designate" all but two of the subject documents and "have no objection to their public filing." (Doc. 50 at 1-2.) Accordingly, Plaintiffs' Motion to File Documents Under Seal is **DENIED AS MOOT** to the extent they requested sealing those documents Defendants now agree should be publicly filed.

them from the public.  Accordingly, Plaintiffs' Motion to File Documents under seal is **DENIED** to the extent it seeks to seal these documents.  Plaintiffs are **GRANTED** leave to file these two exhibits, and all other exhibits to their Motion for Preliminary Injunction, on the public docket.

    **IT IS SO ORDERED** this 18th day of December, 2014.

                                  _____
                                  **Amy Totenberg**
                                  **United States District Judge**