IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| DINAR CORP., INC. a Nevada corporation and HUSAM TAYEH, an individual, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| STERLING CURRENCY GROUP, LLC, d/b/a DINAR BANKER; TYSON RHAME; FRANK BELL; JORDAN DOE; MATTHEW ADAMS; MARK DILEO; and JOHN DOE, | ) ) ) ) ) ) | CIVIL ACTION FILE NO. 1:14-CV-0714-AT |
| Defendants. | ) ) | |

## SPECIAL MASTER'S REQUEST NO. 1 FOR COMPENSATION

**COMES NOW** Robert N. Dokson (hereinafter "Special Master"), the duly appointed Special Master in the above-referenced matter, and, pursuant to Paragraph 13 of the Order Of Appointment Of Special Master ("the Appointing Order") entered by this Court on April 28, 2015, hereby submits his invoice for compensation for services rendered to date, showing as follows:

1.     Attached hereto as Exhibit "A" is an invoice setting forth all of the Special Master's time and an outline of his services from the inception of this matter in mid-April 2015 through and including May 31, 2015.

2. As can be seen from the invoice, Special Master had a total of 28.4 hours devoted to this matter. The scope of activities is set forth on the Invoice, but includes for the most part the following: review of a large amount of materials to "get up to speed" on this case and the various discovery disputes; meeting with the Court and the Court's staff; preparation for and conducting of an Initial Status Conference with counsel for the parties; and addressing numerous separate discovery disputes brought to the Special Master by one or the other (or both) of the parties in this case.

3. At the established hourly rate of $450.00 per hour, the Special Master requests compensation in an amount of $12,780.00 ($450.00 per hour x 28.4 hours).

4. Pursuant to Paragraph 13 of the Appointing Order, the Special Master recommends that the fees incurred with respect to this Request No. 1 be allocated equally between the Plaintiffs and the Defendants, with each side bearing fifty percent (50%) of the total, or $6,390.00 per side.

5. Assuming (i) that there are no timely objections filed to this Request No. 1, and (ii) that the Court deems approval of this Request No.1 to be appropriate, Special Master has attached hereto as Exhibit "B" a proposed Order.

**WHEREFORE**, Special Master prays as follows:

(i) That this Request No. 1 be approved;

(ii) That in furtherance thereof, the Plaintiffs collectively, and Defendants collectively each be directed to pay promptly to the Special Master a sum of $6,390.00 (with payments made by check made payable to "Ellis Funk, P.C.")[1/]; and

(iii) That the Court grant all other and further relief necessary to do justice in this cause.

This 10th day of June, 2015.

ELLIS FUNK, P.C.

_____
Robert N. Dokson, Special Master
GA Bar No. 225000

**COPIES TO:**

Counsel for the Parties (via e-mail)

In accordance with LR 7.1D, counsel certify by signing above that the foregoing has been prepared using Times New Roman 14, one of the fonts specified in LR 5.1B.

---

[1]/ If either party (or both) desires to make payment by wire transfer, please let the Special Master know and wire transfer instructions will be provided.

**Ellis Funk, P.C.**
Attorneys At Law
One Securities Centre
3490 Piedmont Road, Suite 400
Atlanta, GA 30305
404-233-2800
www.ellisfunk.com
FEI #58-1816451

Special Master Appointment

Page: 1
06/08/2015
File No: 4404-074
Statement No: 59190

Dinar Corp, Inc., a Nevada Corporation and Husam Tayeh v. Sterling Currency Group, LLC, Tyson A. Rhame, Frank Bell, Jordan Doe, Matthew Adams, Mark Dileo and John Doe

|  Date | | Description | Hours | |
|---|---|---|---|---|
| 04/17/2015 | RND | Regarding new Special master USDC/NDGa case: numerous telephone conferences and e-mails with Baumrind, Judge Totenberg's Law Clerk; draft compensation paragraph for proposed appointment order. | 0.90 | 405.00 |
| 04/21/2015 | RND | Review proposed appointment order as well as other orders entered by court; e-mail exchange with Baumrind. | 1.20 | 540.00 |
| 04/22/2015 | RND | Regarding Dinar Special Master case: e-mail exchanges with Baumrind. | 0.30 | 135.00 |
| 04/24/2015 | RND | E-mail exchange with Court; begin review of materials. | 0.30 | 135.00 |
| 04/28/2015 | RND | Telephone conference with Baumrind, Clerk; preliminary review of appointing order and other materials; e-mail Baumrind. | 1.00 | 450.00 |
| 04/29/2015 | RND | Numerous e-mail exchanges with Baumrind and with counsel; telephone conferences with Baumrind; prepare affidavit; set up initial status conference. | 1.50 | 675.00 |

EXHIBIT "A" 4 pp.

Special Master Appointment

Page: 2
06/08/2015
File No:     4404-074
Statement No:     59190

Dinar Corp, Inc., a Nevada Corporation and Husam Tayeh v. Sterling Currency Group, LLC, Tyson A. Rhame, Frank Bell, Jordan Doe, Matthew Adams, Mark Dileo and John Doe

| Date | | Description | Hours | |
|---|---|---|---|---|
| 05/04/2015 | RND | Prepare for meeting with Judge Totenberg and her clerk; review background articles provided by Baumrind, Clerk; review Third Amended Complaint; lengthy meeting with Judge and Baumrind; e-mail counsel. | 5.50 | 2,475.00 |
| 05/05/2015 | RND | Begin preparation for initial status conference with counsel; review confidentiality stipulation; review April 24th Order regarding discovery issues and other matters begin review of hearing transcript. | 2.40 | 1,080.00 |
| 05/06/2015 | RND | E-mail exchanges with counsel; prepare for initial status conference; continue review of hearing transcript. | 3.10 | 1,395.00 |
| 05/07/2015 | RND | Final preparation for initial status conference; conduct conference. | 1.80 | 810.00 |
| 05/08/2015 | RND | Begin draft of report of initial status conference. | 0.60 | 270.00 |
| 05/11/2015 | RND | Prepare initial draft of Report of Initial Status Conference. | 1.20 | 540.00 |
| 05/13/2015 | RND | Revision to report regarding Initial Status Conference; review various discovery pleadings served on Special master; e-mail exchange with counsel regarding additional disputes; set up conference call to discuss same. | 1.30 | 585.00 |
| 05/14/2015 | RND | Numerous e-mail exchanges with counsel and Court; review various deposition notices and subpoenas. | 0.90 | 405.00 |

|  |  |
|---|---|
| Special Master Appointment | Page: 3 |
|  | 06/08/2015 |
|  | File No: 4404-074 |
|  | Statement No: 59190 |

Dinar Corp, Inc., a Nevada Corporation and Husam Tayeh v. Sterling Currency Group, LLC, Tyson A. Rhame, Frank Bell, Jordan Doe, Matthew Adams, Mark Dileo and John Doe

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 05/15/2015 | RND | Review various e-mails and responses form counsel regarding various discovery issues. | 1.20 | 540.00 |
| 05/18/2015 | RND | Review revised Scheduling Order; attention to discovery dispute regarding location of depositions in Atlanta; e-mail exchange with counsel regarding same. | 0.50 | 225.00 |
| 05/19/2015 | RND | Review notices; several telephone conferences with counsel during ongoing deposition to resolve instantly disputes that arose during the deposition. | 0.90 | 405.00 |
| 05/22/2015 | RND | E-mail exchanges with counsel regarding various discovery issues. | 0.40 | 180.00 |
| 05/26/2015 | RND | E-mail exchange with counsel regarding various discovery disputes; schedule conference to address same; conduct conference; draft report of conference; draft transmittal memo to accompany report. | 1.50 | 675.00 |
| 05/27/2015 | RND | Attention to report of conference; revisions thereto. | 0.90 | 405.00 |
| 05/29/2015 | RND | Exchange of numerous e-mails with counsel regarding latest discovery dispute, this one involving document production from BMO Harris before BMO Harris deposition. | 1.00 | 450.00 |
|  |  | Robert N. Dokson | 28.40 | 12,780.00 |
|  |  | Total Fees | 28.40 | 12,780.00 |
|  |  | Total Current Work |  | 12,780.00 |
|  |  | Balance Due |  | $12,780.00 |

| | |
|---|---|
| | Page: 4 |
| Special Master Appointment | 06/08/2015 |
| | File No:  4404-074 |
| | Statement No:  59190 |

Dinar Corp, Inc., a Nevada Corporation and Husam Tayeh v. Sterling Currency Group, LLC, Tyson A. Rhame, Frank Bell, Jordan Doe, Matthew Adams, Mark Dileo and John Doe


Please Remit                                                                $12,780.00

**Please make checks payable to Ellis Funk, P.C.
and remit to the address above.**

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DINAR CORP., INC. a Nevada corporation and HUSAM TAYEH, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>STERLING CURRENCY GROUP, LLC, d/b/a DINAR BANKER; TYSON RHAME; FRANK BELL; JORDAN DOE; MATTHEW ADAMS; MARK DILEO; and JOHN DOE,<br><br>Defendants. | CIVIL ACTION FILE NO.<br>1:14-CV-0714-AT |

## ORDER APPROVING SPECIAL MASTER'S REQUEST NO. 1 FOR COMPENSATON

The Special Master in the above-styled action having filed his Request No. 1 For Compensation ("Request No. 1") in accordance with the provisions of Paragraph 13 of the Order Appointing Special Master ("the Appointing Order"); and

The Court having reviewed this Request No. 1 and finding it appropriate; and

No timely objection having been received to this Request No. 1;

**IT IS HEREBY ORDERED AND ADJUDGED AS FOLLOWS:**

EXHIBIT "B" 2pp.

1. Request No. 1 is hereby **APPROVED**;

2. The Plaintiffs collectively and the Defendants collectively are hereby instructed to promptly pay to the Special Master each a sum of $6,390.00, with payment being made by check payable to "Ellis Funk, P.C" (or by wire transfer if so desired by any party).

3. These payments shall be made by the parties promptly, and in no event later than twenty (20) calendar days from the date of entry of this Order. See the Appointing Order, Paragraph 13.

**SO ORDERED**, this _____ day of _____, 2015.

_____
Amy Totenberg, United States
District Judge

**Order Prepared and Presented By:**

*/s/ Robert N. Dokson, Special Master*
Robert N. Dokson, Special Master
Ga. Bar No. 225000

K:\Clients\Robbie\Dinar Corp Inc. and Husam Tayeh v. Sterling Currency Group, LLC, Tyson A. Rhame, et al\Pleadings\Order Approving Special Master's Request No. 1 For Compensation.doc

In accordance with LR 7.1D, counsel certify by signing above that the foregoing has been prepared using Times New Roman 14, one of the fonts specified in LR 5.1B.

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DINAR CORP, INC.<br>a Nevada corporation, and<br>HUSAM TAYEH,<br><br>    Plaintiffs,<br><br>v.<br><br>STERLING CURRENCY GROUP,<br>LLC, TYSON A. RHAME,<br>FRANK BELL, JORDAN DOE,<br>MATTHEW ADAMS, MARK DILEO<br>AND JOHN DOE,<br><br>    Defendants. | CIVIL ACTION FILE NO.:<br><br>1:14-CV-00714-AT |

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing pleading, on the date stated below was filed with the Clerk of the Court using the CM/ECF system, which automatically and contemporaneously sends electronic notification and a service copy of such filing to the following counsel of record:

Honorable Amy Totenberg
c/o Michael Baumrind, Esq., Law Clerk
Michael_Baumrind@gand.uscourts.gov


Daniel R. Warner, Esq.
Kelly/Warner PLLC
dan@kellywarnerlaw.com

4

Alycen A. Moss, Esq.
Cozen & O'Connor
amoss@cozen.com

David Lilenfeld, Esq.
Lilenfeld PC
david@lilenfeldpc.com

Robin Gentry, Esq.
Lilenfeld PC
robin@lilenfeldpc.com

Kaitlyn Dalton, Esq.
Lilenfeld PC
Kaitlyn@lilenfeldpc.com

This 10th day of June, 2015.

ELLIS FUNK, P.C.

By: _____, Special Master
Robert N. Dokson, Special

One Securities Centre, Suite 400
3490 Piedmont Road, NE
Atlanta, Georgia 30305
(404) 233-2800
(404) 233-2188 (fax)
E-Mail: RDOKSON@ELLISFUNK.COM

C:\Special Master's Request No. 1 For Compensation.doc

5